■ In the Matter of GEORGE C. JOHNSON, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [855 NYS2d 489]—

Judgment, Supreme Court, New York County (Walter B. Tolub, J.), entered February 6, 2007, which denied the petition, declared petitioner ineligible for continued occupancy of a public housing apartment as a remaining family member, and dismissed the proceeding, unanimously affirmed, without costs.

The challenged determination was based on a fair interpretation of respondent's own rules and regulations, and was neither arbitrary nor capricious (*see Matter of Hutcherson v New York City Hous. Auth.*, 19 AD3d 246 [2005]). Petitioner conceded that he never obtained the required written permission from respondent to live in the apartment (*see Matter of McFarlane v New York City Hous. Auth.*, 9 AD3d 289 [2004]). For the several years prior to the death of petitioner's father in 2003, the annual income affidavits submitted to respondent listed that individual as the sole tenant in the apartment (*see Jamison v New York City Hous. Auth.-Lincoln Houses*, 25 AD3d 501 [2006]). There was no evidence that respondent knew petitioner might also have taken up residency there (*McFarlane* at 291). Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.